UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
--------------------------------------------------------X

IN RE:                                                                    CHAPTER 11

MONTICELLO HORIZON LEGACY, LLC,                      CASE NO. 20-35665 (CGM)

                Debtor.
--------------------------------------------------------X

## ORDER AUTHORIZING USE OF CASH COLLATERAL AND FIXING MONTHLY ADEQUATE PROTECTION PAYMENT AMOUNTS

The above named debtor, by its attorneys, GENOVA & MALIN, having moved this

Court for an Order (i) authorizing the use of cash collateral pursuant to 11 U.S.C. §363(c)(2)(B);

and (ii) fixing the adequate protection payment amount pursuant to 11 U.S.C. §361 to be paid by

the debtor to WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee, for the Benefit

of the Holders of Corevest American Finance 2019-1 Trust Mortgage Pass-Through Certificates

("Wilmington"), as set forth in the motion of the debtor, dated October 15, 2020, and said

motion having regularly come on to be heard on the 1ST day of December, 2020 and upon

reading and filing of notice of said motion, dated October 15, 2020, and the application in

support thereof of said motion, and there being no opposition thereto, and upon the record made

at said hearing, and due deliberation having been had thereon,

      **NOW**, upon the motion of MICHELLE L. TRIER, attorney for the debtor, it is

      **ORDERED**, that the debtor is authorized to use the cash collateral in the ordinary course

of its business, up to and including January 27, 2021, as is set forth in Exhibit "A" of the

debtor's application; and it is further

      **ORDERED**, that the debtor provide monthly adequate protection payments to

Wilmington in the amount of $1,500.00, commencing with the month of December, 2020,

payable on or before the 20th of each month.

/s/ Cecelia G. Morris



**Dated: December 3, 2020**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**