UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                   Chapter 11
                                                                                              Case No. 20-35665 (CGM)

MONTICELLO HORIZON LEGACY, LLC,

                            Debtor.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that Brett S. Silverman of Silverman Law PLLC d/b/a Concierge Law, hereby appears as counsel for Joseph Perlstein, a creditor of the above-captioned debtors, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address:

        Silverman Law PLLC
        4 Terry Terrace
        Livingston, New Jersey 07039
        Attn:  Brett S. Silverman, Esq.
        bsilverman@silvermanpllc.com

Dated:  Livingston, New Jersey
            October 4, 2021

                                      **Silverman Law PLLC**
                                      Counsel to Joseph Perlstein

                                      By:___*s/ Brett S. Silverman*_____
                                         Brett S. Silverman
                                     4 Terry Terrace
                                     Livingston, New Jersey
                                     646.779.7210
                                     bsilverman@silvermanpllc.com